654

391 A.2d 712

Solimini v. Solimini, Appellant.

Argued December 13, 1977. Robert C. McGrath, with him Michael J. Eagen, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 712

Taraborelli v. Wheeling Steel Corporation et al., Appellants, et al.

Taraborelli, Appellant, v. Wheeling Steel Corporation, et al.

Taraborelli v. Wheeling Steel Corporation et al. (et al., Appellant), et al.

Argued September 19, 1977. Harry A. Short, Jr., for appellants at No. 2158, and appellees, Wheeling, at Nos. 2199 and 2268; Jack Brian, for appellant at No. 2199, and appellee, Taraborelli, at Nos. 2158 and 2268; Ralph B. D'Iorio, for appellant at No. 2268, and appellee, Amosland, at Nos. 2158 and 2199.

Order affirmed; petition for reargument denied August 29, 1978.

JACOBS, P. J., WATKINS, Former P. J., and PRICE, J., did not participate in the consideration or decision of this case.

*